MICHAEL BAILEY
United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
State Bar No.: 025575
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jared.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED
**MAR 29 2021**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CR 21-500-TUC-JGZ-EJM

| United States of America, | Mag. No. 20-06135M(EJM) |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| vs. | Violation: 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii) |
| Jesse Allen Holmes, | (Conspiracy to Transport Illegal Aliens)<br>**Felony** |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From a date unknown to on or about October 21, 2020, in the District of Arizona, Jesse Allen Holmes, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown, to transport and move Marcelo Alonso-Paulino, an illegal alien, within the United States by means of transportation or otherwise, in furtherance of such violation of law, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(ii).

MICHAEL BAILEY
United States Attorney
District of Arizona

JARED KREAMER HOPE
Digitally signed by JARED KREAMER HOPE
Date: 2021.03.11 13:46:55 -07'00'

_____
Date

JARED KREAMER HOPE
Assistant U.S. Attorney